UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PETER A. VOGT, ET AL., <br><br> PLAINTIFF <br><br> v. <br><br> THE CIVIL CITY OF NEW ALBANY, INDIANA, ET AL., <br><br> DEFENDANT. | CIVIL ACTION NO. 4:06-CV-00076-JDT-WGH |

## STIPULATION OF DISMISSAL

Plaintiff **Ted Fulmore** and all Defendants in this case, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the claims of Plaintiff **Ted Fulmore** shall be dismissed with prejudice, with each party bearing its own costs and attorneys fees.  A proposed agreed order is attached.

Jointly submitted by:

/s/ Brandon W. Smith
Brandon W. Smith
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Email:  bsmith@stites.com
COUNSEL FOR PLAINTIFF, TED FULMORE

/s/ Jerry Leo Ulrich (with permission)
Jerry Leo Ulrich
Ulrich & Vidra, LLC
115 East Spring Street, Suite 100
New Albany, IN  47150
Email:  julrich@u-vlaw.com
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically, on this 24th day of October, 2007 upon:

| | |
|---|---|
| Stephen Johnson Beardsley<br>227 Pearl Street<br>New Albany, IN  47150<br>Email:  tliebert4235@aol.com | Jerry Leo Ulrich<br>Ulrich & Vidra, LLC<br>115 East Spring Street, Suite 100<br>New Albany, IN  47150<br>Email:  julrich@u-vlaw.com |

/s/ Brandon W. Smith
Brandon W. Smith