**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

PETER A. VOGT, ET AL.,

      PLAINTIFF

v.

THE CIVIL CITY OF NEW ALBANY,
INDIANA, ET AL.,

      DEFENDANT.

CIVIL ACTION NO. 4:06-CV-00076-JDT-WGH

**AGREED ORDER OF DISMISSAL**

Upon agreement of Plaintiff **Ted Fulmore** and all Defendants in this case, pursuant to

Rule 41 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently

advised:

IT IS HEREBY ORDERED that the claims of Plaintiff **Ted Fulmore**, shall be and are

hereby dismissed with prejudice.  Each party shall bear its own costs and attorneys fees.

Date of Entry:                      _____

JUDGE, United States District Court
Southern District Of Indiana

Tendered jointly by:


/s/ Brandon W. Smith
Brandon W. Smith
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Email:  bsmith@stites.com
COUNSEL FOR PLAINTIFF, TED
FULMORE


/s/ Jerry Leo Ulrich (with permission)
Jerry Leo Ulrich
Ulrich & Vidra, LLC
115 East Spring Street, Suite 100
New Albany, IN  47150
Email:  julrich@u-vlaw.com
COUNSEL FOR DEFENDANTS