UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

FILED
U.S. DISTRICT COURT
DIVISION
07 OCT 24  AM 10: 12
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| PETER A. VOGT, ET AL | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| Vs. | )  4:06-CV-0076-JDT-WGH |
| | ) |
| THE CITY COUNCIL OF THE | ) |
| CITY OF NEW ALBANY, | ) |
| INDIANA, ET AL | ) |
| | ) |
| Defendants | ) |

### MOTION TO WITHDRAW CERTAIN PLAINTIFFS

Come now the following specific Plaintiffs, to-wit: TED FULMORE, NORA EGAN, JOHN GONDER, RUTHANNE WOLFE, MILDRED GONDER, and RICK CARMICKLE and in the case of the first named Plaintiffs herein would show the Court that for a variety of reasons each feels to be important, requests the Court to allow them to withdraw from the matter now pending before the Court; and with respect to Plaintiff, CARMICKLE, counsel would show the Court that he has died.

Further the Plaintiffs, by counsel, would move the Court to correct the spelling of the names of certain Plaintiffs which are not correctly spelled through clerical error; that the Plaintiff named VALERIA MUNFORD is actually VARIE MUNFORD; that the Plaintiff designated as JIM SPRINGLER and TABITHA SPRINGLER are actually JIM SPRIGLER and TABITHA SPRIGLER and that the Plaintiff named DAN CONNER, JR. is actually DAN CANNON, JR.

_____
STEPHEN J. BEARDSLEY
Attorney for Plaintiffs
227 Pearl Street
New Albany, Indiana 47150
(812) 948-0223

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to Jerry Ulrich, 115 East Spring Street, New Albany, Indiana 47150 this __24__ day of ~~September~~ 2007.
OCTOBER

_____
STEPHEN J. BEARDSLEY