UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PETER A. VOGT, ET AL | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| Vs. | ) | 4:06-CV-0076-JDT-WGH |
| | ) | |
| THE CITY COUNCIL OF THE | ) | |
| CITY OF NEW ALBANY, | ) | |
| INDIANA, ET AL | ) | |
| | ) | |
| Defendants | ) | |

## ORDER DISMISSING CERTAIN PLAINTIFFS

## ORDER CORRECTING CERTAIN SPELLINGS

On motion of Plaintiffs, by counsel, it is now Ordered as follows:

1. The following named Plaintiffs are dismissed from the lawsuit pending before the Court, to-wit: TED FULMORE, NORA EGAN, JOHN GONDER, RUTHANNE WOLFE, MILDRED GONDER, and RICK CARMICKLE.

2. The Clerk is directed to correct the spellings of certain Plaintiffs on the official styling of this cause as follows: that VALERIA MUNFORD should be listed as VARIE MUNFORD; that JIM SPRINGLER should be listed as JIM SPRIGLER; TABITHA SPRINGLER should be listed as TABITHA

SPRIGLER and that DAN CONNER, JR. should be listed as DAN
CANNON, JR.

SO ORDERED THIS _____ DAY OF _____ 2007.


_____

JUDGE:  UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF INDIANA
      NEW ALBANY DIVISION

cc  Beardsley

   Ulrich


PREPARED BY:

STEPHEN J. BEARDSLEY
Attorney for Plaintiffs
227 Pearl Street
New Albany, IN  47150
(812) 948-0223