Bill E C 7-14                                                                Ordinance G-07-49

COMMON COUNCIL OF THE CITY OF NEW ALBANY AND
ORDINANCE DIVIDING THE CITY INTO SIX DISTRICTS
PURSUANT TO THE PROVISIONS OF I.C. 36-4-6-3

WHEREAS:  the provisions of I.C. 36-4-6-3(g) require that the Common Council of The City of New Albany divide the City of New Albany into six districts that are as nearly as possible, equal in population, composed of contiguous territory and reasonably compact;

and

WHEREAS:  the populations of the current legislative districts are disproportionate;

and

WHEREAS:  the Common Council of the City of New Albany is desirous by this Ordinance of so dividing the City of New Albany, Indiana, into six such election districts;

and

NOW THEREFORE:

Be it ordained that the City of New Albany, Indiana shall be and it is, hereby divided into six electoral districts as follows:

1st DISTRICT which shall be composed of PRECINCTS 1, 2, 17, 21 and

2nd DISTRICT which shall be composed of PRECINCTS 16, 18, 19, 22 and 29;

3rd DISTRICT which shall be composed of PRECINCTS 3, 5, 6, 7, 8 and 10;

4th DISTRICT which shall be composed of PRECINCTS 11, 12, 13, 20, 24 and 25;

5th DISTRICT which shall be composed of PRECINCTS 9, 14, 15, 15(A), 26 and 28; and

6th DISTRICT which shall be composed of PRECINCTS 19(A), 19(B), 27, 27(A), 28(A) and 29(A).



DEFENDANT'S EXHIBIT D

Be it further ordained that this Ordinance shall be effective upon its passage and that a copy thereof shall be filed with the Floyd County Clerk pursuant to I.C.36-4-6-3(1)

PASSED AND ADOPTED by the Common Council of the City of New Albany, Indiana this __1__ day of ~~October~~ November, 2007.

LARRY KOCHERT, President
Common Council, City of New Albany

ATTEST:

MARCEY J. WISMAN, City Clerk

The foregoing Ordinance was passed by the Common Council of The City of New Albany, Indiana on __November__, 2007 and was presented by me to the Mayor of The City of New Albany, Indiana on __November 5__, 2007 at New Albany, Indiana.

MARCEY J. WISMAN, City Clerk
City of New Albany, Indiana

Approved and signed by me James E. Garner, Sr., Mayor of The City of New Albany, Indiana this ____ day of __November__, 2007.

JAMES E. GARNER, SR., Mayor
City of New Albany, Indiana

2

STATE OF INDIANA )
) SS:
COUNTY OF FLOYD )

I, Marcey J. Wisman, City Clerk of The City of New Albany, Indiana, do hereby certify the above and foregoing is a full, true and complete copy of Ordinance No. _____ passed by the Common Council of The City of New Albany, Indiana on the ____ day of October, 2007 by a vote of ___7___ ayes and ___2___ nays, which was signed by the Mayor of The City of New Albany, Indiana on the ____ day of _____, 2007 and now remains on file and on record in my office.

Witness my hand and the Official Seal of The City of New Albany, Indiana on this ____ 3day of __November__, 2007.

*Marcey J. Wisman*
MARCEY J. WISMAN, City Clerk
City of New Albany, Indiana

3