UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PETER A. VOGT, et al ) | |
| ) | |
| PLAINTIFFS ) | |
| v. ) | CAUSE NUMBER 4:06-CV-0076-JDT-WGH |
| ) | |
| THE CITY COUNCIL FOR THE CITY OF ) | |
| NEW ALBANY, et al. ) | |
| ) | |
| DEFENDANTS ) | |

## **ORDER**

This cause came before the Court on the Motion of the Defendant to enforce a settlement agreement between the parties and to dismiss these proceedings as moot.

The Court having heard the arguments of Counsel and being otherwise duly and sufficiently advised, does now grant the Motion.

**IT IS, THEREFORE, CONSIDERED AND ORDERED** that the Consent Decree between the parties reflected by the Decree approved by the Council on October 9, 2007 shall be, and it is hereby, approved and made a part of the record herein, and it is

**FURTHER ORDERED** that these proceedings shall be, and they are hereby., dismissed with prejudice to the Plaintiff.

**ALL OF WHICH IS SO ORDERED** this _____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

PREPARED & TENDERED BY:

s/s  Jerry L. Ulrich
JERRY L. ULRICH
ULRICH & VIDRA, LLC
115 East Spring Street
Suite 100 Elsby Building
New Albany, Indiana  47150
 (812) 945-2800
Indiana Supreme Court #924-22
Counsel for Defendant


DISTRIBUTION TO:

Stephen J. Beardsley
227 Pearl Street
New Albany, IN  47150
Counsel for Plaintiff

Jerry L. Ulrich
ULRICH & VIDRA, LLC
115 East Spring Street
Suite 100 Elsby Building
New Albany, Indiana  47150