UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

PETER VOGT, et al,                       )
                                         )
              Plaintiffs,                )
                                         )
        vs.                              )     4:06-cv-076-JDT-WGH
                                         )
THE CIVIL CITY OF NEW ALBANY,            )
et al,                                   )
                                         )
              Defendants.                )
                                         )
                                         )

**MINUTE ENTRY FOR DECEMBER 4 2007.**

**THE HONORABLE JOHN DANIEL TINDER**


**PLTF:**                        Stephen Beardsley

**DEFT:**                        Jerry Ulrich

**REPORTER:**                    Fred Pratt

     This matter comes before the court for a hearing on Defendant's Motion to

Enforce Settlement Agreement.  Evidence presented.  Argument heard.   Court Denies

Motion to Enforce Settlement Agreement for reasons stated in open court.  Defendants

have 60 days from 12/5/07 to comply with agreement.  Plaintiff's will have 15 days to

reply after a filing by the Defendants.