UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PETER A. VOGT, et al )<br>)<br>PLAINTIFFS )<br>v. )<br>)<br>THE CITY COUNCIL FOR THE CITY OF )<br>NEW ALBANY, et al. )<br>)<br>DEFENDANTS ) | CAUSE NUMBER 4:06-CV-0076-JDT-WGH |

## JOINT MOTION TO ENTER
## SUBSTITUTED CONSENT DECREE

Come the parties, by their respective counsel, and move the Court to enter the Substituted Consent Decree tendered herewith moot.

_____
STEPHEN J. BEARDSLEY
Attorney-at-Law
227 Pearl Street
New Albany, IN 47150
(812) 948-0223
Counsel for Plaintiffs

_____
JERRY L. ULRICH
ULRICH & VIDRA, LLC
115 East Spring Street
Suite 100 Elsby Building
New Albany, Indiana 47150
(812) 945-2800
Indiana Supreme Court #924-22
Counsel for Defendants